Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br>  v.<br>WARREN KLINT, *et al.*,<br><br>    Defendants. | Case No. C17-452RAJ<br><br>MINUTE ORDER |
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br>  v.<br>WARREN KLINT, *et al.*,<br><br>    Defendants. | Case No. C17-565RAJ |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the court *sua sponte*. To conserve the resources of the parties and the court, the Clerk is directed to consolidate Case No. C17-565RAJ into Case No. C17-452RAJ. In the future, all filings must be filed in the master file, C17-452RAJ.

The Clerk shall enter this Minute Order in both C17-452RAJ and C17-565RAJ.

DATED this 19th day of April, 2017.

                              WILLIAM M. McCOOL,
                              Clerk of the Court

                              */s/ Rhonda S. Stiles*
                              Deputy Clerk

MINUTE ORDER - 1