HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANK OF NEW YORK MELLON,

Plaintiff,

v.

WARREN KLINT,

Defendant.

CASE NO. C17-452 RAJ

ORDER

This matter comes before the Court on Plaintiff's Motion to Dismiss. Dkt. # 6. This case has been consolidated with a nearly identical notice of removal that Klint filed on April 12, 2017 in front of Judge Robart. *See Bank of New York Mellon v. Klint, et al.*, C17-00565-JLR.

Defendant Klint is well known to this Court. He has attempted several times—without merit—to remove the matter of his eviction to this Court. *See Bank of New York Mellon v. Klint*, C16-0017-RAJ (Dkt. No. 12 at 3) (finding this Court lacks jurisdiction); *Bank of New York Mellon v. Klint,* C16-0588-RSL (Dkt. No. 11 at 1) (concluding Defendant fails to justify his repeated attempts at removal); *Bank of New York Mellon v. Klint*, C16-1192-JCC (Dkt. No. 5 at 1–2) (finding current removal "patently meritless" and warning Defendant that further attempts at removal may result in sanctions under

ORDER- 1

Fed. R. Civ. P. 11); *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No. 10) (imposing sanctions and entering a vexatious litigant order against Klint). Prior to these most recent removal attempts, Judge Coughenour deemed Klint to be a vexatious litigant and ordered him to "seek and obtain this Court's written permission before bringing any removal or federal action." *Bank of New York Mellon v. Klint*, C16-1440-JCC (Dkt. No. 10 at 3). Klint failed to seek such permission.

The Court **GRANTS** Plaintiff's Motion. Dkt. # 6. The Court **DISMISSES** this matter as void and upholds the prior Order directing Klint to seek and obtain written permission from this Court before filing any additional removal or federal action related to the current eviction. Any further attempts by Klint to remove this matter without first obtaining written permission from this Court will be dismissed as void.

The Court **GRANTS** Plaintiff's request for additional sanctions. Dkt. # 6. The Court imposes sanctions in the amount of $1,200, to be paid to Plaintiff.

The Court **DIRECTS** the Clerk to send a copy of this Order to Klint.

Dated this 20th day of April, 2017.

The Honorable Richard A. Jones
United States District Judge